CSD417A (Adv.)[12/1/18]
Name, Address, Telephone No. & I.D. No.

PILLSBURY WINTHROP SHAW PITTMAN LLP
Matthew S. Walker (Cal. Bar No. 101470)
12255 El Camino Real, Suite 300
San Diego, CA 92130-4088
Telephone: 858.509.4000
Facsimile: 858-509-4010
matthew.walker@pillsburylaw.com

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

'20 CV 1854 CAB BLM

In Re

Cuker Interactive, LLC                                    Debtor

BANKRUPTCY NO. 18-07363-LA11

ADVERSARY NO. 20-90075-LA

Cuker Interactive, LLC                                    Plaintiff(s)

v.

Pillsbury Winthrop Shaw Pittman LLP                       Defendant(s)

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):

   Pillsbury Winthrop Shaw Pittman LLP

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.

   ☐ Plaintiff
   ☒ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.

   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

**Part 2: Identify the subject of this appeal**
1. Describe the judgment, order, or decree appealed from: Order on Petition to Compel Arbitration and Dismiss, or in the Alternative, Stay Judicial Proceedings; or Alternatively, Motion to Transfer Venue, Case Dkt. No. 39.

2. State the date on which the judgment, order, or decree was entered: September 4, 2020

CSD417A (Adv)

4841-6885-6265.v2



Case 20-90075-LA    Filed 09/18/20    Entered 09/18/20 08:30:26    Doc 43    Pg. 2 of 6
Case 3:20-cv-01854-CAB-BLM   Document 1   Filed 09/18/20   PageID.23   Page 2 of 6

CSD417A (Adv)(Page 2)[12/1/18]

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone Numbers of their attorneys (attach additional pages if necessary):

1. Party: Cuker Interactive, LLC    Attorney: Michael D. Breslauer
   Solomon Ward Seidenwurm & Smith, LLP
   401 B Street, Ste. 1200
   San Diego, CA 92101

2. Party:    Attorney:

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. §158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_/s/ signature_

Signature of attorney for appellant(s) (or appellant(s) If not represented by an attorney)

Date: September 18, 2020

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney)

Matthew S. Walker (Cal. Bar No. 101470)
PILLSBURY WINTHROP SHAW PITTMAN LLP
12255 El Camino Real, Suite 300
San Diego, CA   92130-4088
Tel:   858.509.4000

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

CSD417A (Adv)

4841-6885-6265.v2

American LegalNet, Inc.
www.FormsWorkFlow.com

CSD 3000C [07/01/18]

Name, Address, Telephone No. & I.D. No.
Michael D. Breslauer, Esq. SBN 110259
mbreslauer@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone (619) 231-0303
Attorneys for Plaintiff, Cuker Interactive, LLC

Order Entered on
September 4, 2020
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | | |
|---|---|---|
| In Re<br>Cuker Interactive, LLC,<br><br>Debtor. | | **LODGED**<br><br>BANKRUPTCY NO. 18-07363-LA11 |
| Cuker Interactive, LLC,<br><br>Plaintiff(s) | | ADVERSARY NO. 20-90075-LA11 |
| v.<br>Pillsbury Winthrop Shaw Pittman, LLP,<br><br>Defendant(s) | | Date of Hearing: August 6, 2020<br>Time of Hearing: 2:00 p.m.<br>Name of Judge: Louise DeCarl Adler |

## ORDER ON PETITION TO COMPEL ARBITRATION AND DISMISS, OR IN THE ALTERNATIVE, STAY JUDICIAL PROCEEDINGS; OR ALTERNATIVELY, MOTION TO TRANSFER VENUE

The court orders as set forth on the continuation pages attached and numbered <u>Two (2)</u> through <u>Two (2)</u> with

exhibits, if any, for a total of <u>Two (2)</u> pages. Notice of Lodgment Docket Entry No. <u>34</u>.

//
//
//
//

DATED:   September 4, 2020

_____
Judge, United States Bankruptcy Court

CSD 3000C

American LegalNet, Inc.
www.FormsWorkFlow.com

**CSD 3000C** [07/01/18]**(Page 2)**
ORDER ON PETITION TO COMPEL ARBITRATION AND DISMISS, OR IN THE ALTERNATIVE, STAY JUDICIAL
PROCEEDINGS; OR ALTERNATIVELY, MOTION TO TRANSFER VENUE
DEBTOR: Cuker Interactive, LLC                                       CASE NO.: 18-07363-LA11
                                                                     ADV. NO.: 20-90075-LA11

---

On June 25, 2020, Defendant Pillsbury Winthrop Shaw Pittman LLP ("PWSP") filed its Petition to Compel Arbitration and Dismiss, or in the Alternative, Stay Judicial Proceedings; or Alternatively, Motion to Transfer Venue (the "Petition") (Dkt. No. 8) in the above-captioned Adversary Proceeding. On July 9, 2020, Plaintiff and Debtor-In-Possession Cuker Interactive, LLC (the "Debtor") filed and served its Opposition to the Petition (Dkt. No. 19), and on July 16, 2020, PWSP filed and served its Reply (Dkt. No. 22). On August 5, 2020, the Court filed its Tenative Ruling in the matter (Dkt. No. 27; the "Tentative Ruling") and on August 6, 2020 at 2:00 p.m., the Honorable Louise DeCarl Adler, United States Bankruptcy Judge presided over oral argument where Matthew S. Walker, Esq. appeared on behalf of PWSP, and Michael D. Breslauer, Esq. appeared on behalf of the Debtor. There were no other appearances.

Following oral argument, the Court took the matter under submission and, on August 19, 2020, issued its Letter Opinion (Dkt. No. 31; the "Letter Opinion").

The Tentative Ruling and the Letter Opinion consititute findings of fact and conclusions of law herein as may be required by Fed. R. Bankr. P. 7052 and Fed. R. Bankr. P. 9014.

Based on the facts and arguments set forth in the Petition and the Reply, the papers filed in opposition, the arguments made in oral argument, and for the reasons expressed in the Tentative Ruling and the Letter Opinion, for good cause shown,

IT IS HEREBY ORDERED that the Petition be, and the same hereby is, denied in its entirety.


IT IS SO ORDERED.

**CSD 3000C**



Signed by Judge Louise DeCarl Adler September 4, 2020

CSD 3010 [07/01/18]

Name, Address, Telephone No. & I.D. No.
Matthew S. Walker (Cal. Bar No. 101470)
PILLSBURY WINTHROP SHAW PITTMAN LLP
12255 El Camino Real, Suite 300
San Diego, CA 92130-4088
Telephone: 858.509.4000
Email: matthew.walker@pillsburylaw.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
CUKER INTERACTIVE, LLC
                                                       Debtor.

BANKRUPTCY NO. 18-07363-11-LA-11

CUKER INTERACTIVE, LLC
                                                       Moving Party

Adv. No. 20-90075-LA11

v.

PILLSBURY WINTHROP SHAW PITTMAN LLP
                                                       Respondent

# PROOF OF SERVICE

I, Renee Evans, am a resident of the State of California, over the age of 18 years, and not a party to this action.

On September 18, 2020, I served the following documents: **NOTICE OF APPEAL AND STATEMENT OF ELECTION**

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On September 18, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

• Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com

☐ Chapter 7 Trustee:

☐ For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

☐ For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

CSD 3010

American LegalNet, Inc.
www.FormsWorkFlow.com

4844-2788-8329.v1

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail:**

On September 18, 2020, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via first class mail, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  September 18, 2020                Renee Evans  /s/Renee Evans
             (Date)                             (Typed Name and Signature)
                                                501 West Broadway, Suite 1100
                                                (Address)
                                                San Diego, CA  92101
                                                (City, State, ZIP Code)

CSD 3010

**American LegalNet, Inc.**
www.FormsWorkFlow.com

4844-2788-8329.v1