1252a
06/17

# United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**'20 CV 1854 CAB BLM**

| | |
|---|---|
| Cuker Interactive, LLC<br><br>Debtor(s) | BANKRUPTCY NO.  18–07363–LA11 |
| **Pillsbury Winthrop Shaw Pittman LLP**<br><br>Appellant(s) | ADVERSARY NO.  20–90075–LA |
| **Cuker Interactive, LLC**<br><br>Appellee(s) | BANKRUPTCY APPEAL NO.  1<br>USDC CASE No. |

## TRANSMITTAL MEMORANDUM

TO CLERK OF THE UNITED STATES DISTRICT COURT

BANKRUPTCY FILED DATED: 5/29/20
BANKRUPTCY JUDGE: Louise DeCarl Adler   FEE PAID: Paid
NOTICE OF APPEAL FILED ON: 9/18/20   DATE OF ENTRY OF APPEALED ORDER: 9/4/20


DATED: 9/18/20                              Michael Williams
                                            Clerk of the U.S. Bankruptcy Court

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 9/18/2020 |
| Case: 20–90075–LA | Form ID: 1252a | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty　　Matthew S. Walker　　matthew.walker@pillsburylaw.com
aty　　Michael D. Breslauer　　mbreslauer@swsslaw.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust　　United States Trustee　　Office of the U.S. Trustee　　880 Front Street　　Suite 3230　　San Diego, CA 92101
ust　　U. S. Trustee　　880 Front Street Suite 3230　　, CA 92101

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2